948

No. 715. KAHN *v.* UNITED STATES, 389 U. S. 1015. Motion for leave to file petition for rehearing denied. MR. JUSTICE DOUGLAS is of the opinion that the petition should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 718. SACHS ET AL. *v.* UNITED STATES, 389 U. S. 1015. Petition for rehearing denied. MR. JUSTICE DOUGLAS is of the opinion that the petition should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.